BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERESA MARIE MARTY, <br><br> Defendant. | Civil No. <br><br> **COMPLAINT TO NULLIFY AND ENJOIN FALSE LIEN FILLINGS** |

COMES NOW the United States of America, by its undersigned attorneys, and complains and alleges as follows:

**JURISDICTION AND VENUE**

1. The United States brings this action to obtain a judicial declaration that certain documents filed by defendant Teresa M. Marty with the Secretary of State of the State of California against certain employees of the United States are null, void and without legal effect; to expunge public records of the filings; and to enjoin the defendant from all future filings of similar documents.

2. This action is brought pursuant to 26 U.S.C. §7402 at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

3.       This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 26 U.S.C. § 7402.

4.       Venue is proper in the Eastern District of California pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the claims of the plaintiff, the United States of America, occurred in this judicial district.  The defendant uses an address in Pollock Pines, in El Dorado County, California.

## CLAIM FOR RELIEF:
## REQUEST FOR ORDER NULLIFYING AND ENJOINING FALSE LIEN FILINGS

5.       In 2009, defendant Teresa M. Marty was an Enrolled Agent preparing tax returns for herself and others using a fraudulent tax refund scheme.  This Court entered an injunction against Marty to bar her from acting as a tax return preparer for others and to forbid her from making any false claims on her tax returns.  *United States v. Teresa M. Marty*, Civil Case No. 2:09-CV-00600 FCD EFB (E.D. Cal. 2010) (Doc. 64) (the "injunction suit").

6.       On January 25, 2009, Teresa M. Marty filed with the Secretary of State of the State of California a UCC Financing Statement, Document Number 09-7185584360, ("UCC Financing Statement").  She then filed a series of amendments to the initial filing as follows:

| TYPE  | FILING NUMBER        | FILING DATE        |
| ----- | -------------------- | ------------------ |
| UCC-3 | Filing No. 09-72182211 | March 12, 2009     |
| UCC-3 | Filing No. 09-72178432 | December 23, 2009  |
| UCC-3 | Filing No. 09-72178435 | December 23, 2009  |
| UCC-3 | Filing No. 09-72178468 | December 23, 2009  |
| UCC-3 | Filing No. 09-72178499 | December 23, 2009  |
| UCC-3 | Filing No. 09-72178511 | December 23, 2009  |
| UCC-3 | Filing No. 09-72178528 | December 23, 2009  |

The initial UCC Financing Statement and the amendments are collectively referred to below as the "UCC Financing Statements."  The UCC Financing Statements had the effect of falsely describing as debtors the following persons: (1) John R. Monroe, (2) Hon. Lawrence G. Brown,

(3) David P. Alito, (4) Dean H. Prodromos, and (5) Richard Stefanski (hereinafter collectively, the "named persons").  The UCC Financing Statements also contain private and personal information of the named persons.

7. In 2009, Alito, Prodromos, and Stefanski were officers or employees of the Internal Revenue Service who were involved in (1) obtaining an injunction against Marty or (2) the collection of unpaid tax from defendant Marty.  John R. Monroe is an attorney in the United States Department of Justice, Tax Division, who litigated the injunction suit against Marty.  The Honorable Lawrence G. Brown at the time of the injunction suit was the United States Attorney for the Eastern District of California.  Lawrence G. Brown is now a judge for the Sacramento Superior Court.

8. The UCC Financing Statements were filed by defendant Marty in retaliation for the acts performed by the officers and employees of the United States as part of their official duties, under their authority as officers, or under the direction of officers, of the United States of America.

9. The UCC Financing Statements, which purport to encumber the real and personal property of the named persons in a lien amount exceeding $84,000,000, are specifically designed to cause substantial interference with the enforcement of the laws of the United States pertaining to the internal revenue and to molest, interrupt, hinder, intimidate or impede employees or officers of the United States in the good faith performance of their official duties.

10. The UCC Financing Statements are without any legal basis whatsoever, and are solely designed to harass federal officers and employees in their personal lives for the performance of their official duties, and thus impose immediate and irreparable harm upon them.

11. The UCC Financing Statements impose an immediate and irreparable injury upon the United States of America by impeding, obstructing and impairing the execution of the official duties of its employees or officers.

12. The public interest will be served by an order declaring the UCC Financing Statements to be null and void, and permanently enjoining the defendant, Teresa M. Marty, and all those in active concert or participation with her from filing, or attempting to file, any document or instrument which (1) purports to create a nonconsensual lien against the property of any federal officer or employee, or which (2) contains any personal information (such as the social security number or the residence address) of any federal officer or employee.

WHEREFORE, the plaintiff, the United States of America, respectfully prays as follows:

A. That the Court determine, adjudge and declare that the UCC Financing Statements to be null, void, and of no legal effect, and that record of the filings be expunged and removed from public record;

B. That the Court grant leave to file any order or judgment obtained in the present case with the Secretary of State of the State of California, and in the public records of any other jurisdiction where documents identical or similar to the UCC Financing Statements may have been filed by the defendant;

C. That the Court permanently enjoin Teresa M. Marty, her agents, employees, and all others in active concert or participation with the defendant from filing, or attempting to file, any document or instrument which (1) purports to create a nonconsensual lien against the property of any federal officer or employee, or which (2) contains any personal information (such as the social security number or the residence address) of any federal officer or employee ;

D. That the United States of America be awarded its costs and reasonable attorneys' fees incurred in this action; and

E. That the Court grant such other and further relief as the Court deems to be just and proper.

Respectfully submitted this 18th day of October, 2010.

BENJAMIN B. WAGNER
United States Attorney

/s/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6648
Facsimile: (202) 307-0054

- 5 -

*Complaint*