BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Civil No. 2-10-CV-02805-FCD-EFB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| TERESA MARIE MARTY, | Date: July 20, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 24<br>Judge: Hon. Edmund F. Brennan |
| Defendant. | |

Upon the request of the United States, and for good cause shown,

IT IS ORDERED THAT Patrick Jennings may appear telephonically for the argument of the United States' motion for default judgment at the above-captioned date and time. The Deputy Clerk will telephone counsel a few minutes before the hearing at the following number:

G. Patrick Jennings                    (202) 307-6648

**IT IS SO ORDERED.**

Date: July 19, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

*Request for Telephonic Appearance*