IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

TERESA MAY MARTY,

      Defendant.
_____/

NO.2:10-CV-02805 KJM EFB

<u>ORDER</u>

      The United States filed a motion under Rule 60(a) of the Federal Rules of Civil Procedure, requesting that this Court amend an order expunging false liens to correct a filing number.  For good cause shown:

    1.    The following UCC Financing Statements and amendments are declared null, void, of no legal effect, and shall be expunged by the California Secretary of State so that the personal identity and information on the filings cannot be retrieved electronically:

| TYPE | FILING NUMBER | FILING DATE |
|---|---|---|
| UCC-1 | Filing No. 09-7185584360 | January 25, 2009 |
| UCC-3 | Filing No. 09-71903413 | March 12, 2009 |
| UCC-3 | Filing No. 09-72178432 | December 23, 2009 |
| UCC-3 | Filing No. 09-72178435 | December 23, 2009 |

1     UCC-3    Filing No. 09-72178468    December 23, 2009

2     UCC-3    Filing No. 09-72178499    December 23, 2009

3     UCC-3    Filing No. 09-72178511    December 23, 2009

4     UCC-3    Filing No. 09-72178528    December 23, 2009

    2.    Defendant Teresa M. Marty, her agents, employees, and any other affiliated persons, are permanently enjoined from filing or attempting to file any document or instrument which purports to create any non-consensual lien or encumbrance against the person or property of any officer or employee of the United States, unless this Court approves the filing in advance.

IT IS SO ORDERED.

DATED: March 22, 2013.

_____
UNITED STATES DISTRICT JUDGE

2